UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. **MJ24-695** |
| v. | **DETENTION ORDER** |
| ALVARO ADRIAN LAGOS MIERES, | |
| Defendant. | |

Defendant appeared for a detention hearing under 18 U.S.C. § 3142(f).

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the Eastern District of California with conspiracy to commit bank robbery. He requested the issue of detention or release be reserved to the Eastern District of California and stipulated to being held in custody pending his return and appearance in that district.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

1      (3)     On order of a court of the United States or on request of an attorney for the

2  Government, the person in charge of the correctional facility in which Defendant is confined

3  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

4  connection with a court proceeding; and

5      (4)     The Clerk shall provide copies of this order to all counsel, the United States

6  Marshal, and to the United States Probation and Pretrial Services Officer.

7      DATED this 4th day of November, 2024.

                            _____

                            BRIAN A. TSUCHIDA
                            United States Magistrate Judge

DETENTION ORDER - 2